# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MONIQUE SIMBAQUEVA,

Appellant,

v.

GILBERT H. SCOTT,

Appellee.

No. 2D23-587

_____

March 1, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Hillsborough County; James M. Barton, II, Senior Judge.

Monique Simbaqueva, pro se.

Gilbert H. Scott, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.